

FILED
CLERK, U.S. DISTRICT COURT

DEC - 3 2020

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> Herbert Wright, III <br><br> DEFENDANT(S). | 2:20-mj-5894 <br><br> **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: INDICTMENT
in the _____ District of MASSACHUSETTTS on 11-4-2020
at 11:00 [x] a.m. / [ ] p.m. The offense was allegedly committed on or about 3-3-2017
in violation of Title 18 U.S.C., Section(s) 1349
to wit: WIRE FRAUD

A warrant for defendant's arrest was issued by: KATHERINE ROBERTSON

Bond of $ NO BAIL was [ ] set / [ ] recommended.

Type of Bond: NO BAIL

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                  Date

_____        J. BRAVO
Signature of Agent              Print Name of Agent

US. MARSHALS                    DEPUTY
Agency                          Title

CR-52 (03/20)    DECLARATION RE OUT-OF-DISTRICT WARRANT