

FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: 2:20-mj-5894 |
|---|---|---|
| V. | | |
| Herbert Wright, III | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 12-3-2020   9:00     ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   _____18 USC 1349_____WIRE FRAUD_____

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1995

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: MICHAEL G. FREEDMAN       Phone Number: 213-688-0460

9. Name of Pretrial Services Officer notified: VIVIAN VELLEGAS

10. Remarks (if any): _____

11. Name: J. BRAVO                    (please print)

12. Office Phone Number: 213-435-3168        13. Agency: USMS

14. Signature: _____                     15. Date: 12-3-2020

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION